UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> STEPHEN B. GRAY, : <br> : <br> Defendant. : <br> : | Civil Action No. 4:13-cv-2186 |

## JOINT STATUS REPORT

Pursuant to the Court's November 13, 2013 Order [Doc. 10], Plaintiff Securities and Exchange Commission ("Commission") and Defendant Stephen B. Gray ("Gray") submit this Joint Status Report, and respectfully show as follows:

1. On November 13, 2013, the Court entered an Agreed Partial Judgment as to Stephen B. Gray, which resolved all issues of liability in this matter, and left open only the Court's determination of the appropriate amount of monetary relief to be awarded to the Commission.

2. The parties continue to work in good faith toward a resolution of the remaining monetary issues.

3. The parties will update the Court if a settlement is reached, but in any event, no later than September 9, 2014, which is the date the next status report is due.

DATED: July 11, 2014                    Respectfully submitted,

                                                      /s/Jennifer D. Brandt
                                                      Jennifer D. Brandt
                                                      Attorney-in-Charge
                                                     S.D. Tex. Bar No. 37943
                                                    Texas Bar No. 00796242
                                                    Todd B. Baker
                                                    S.D. Tex. Bar No. Pending
                                                    Texas Bar No. 24031715
                                                    Securities and Exchange Commission
                                                    Burnett Plaza, Suite 1900
                                                    801 Cherry Street, Unit #18
                                                    Fort Worth, Texas 76102-6882
                                                    Phone: (817) 978-6442 (jb)
                                                    Fax: (817) 978-4927
                                                    *brandtj@sec.gov*
                                                    COUNSEL FOR PLAINTIFF

DATED: July 11, 2014                    [signature: Stephen B. Gray (by JDB w/ permission)]
                                                    Stephen B. Gray
                                                    2711 Tudor Manor
                                                    Houston, Texas 77082
                                                    Phone: (832) 746-2230
                                                    *Stephengray2358@gmail.com*
                                                    PRO SE DEFENDANT

### CERTIFICATE OF SERVICE

     I affirm that on July 11, 2014, I electronically filed the foregoing document with the Clerk of the Court for the Southern District of Texas, Houston Division, and have served all parties in accordance with Fed.R.Civ.P.5(b)(2).

                                                    /s/ Jennifer D. Brandt
                                                    Jennifer D. Brandt